## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ERIC AICHER,

    Plaintiff,

v.                                                                         No. 18-cv-0474 RB/SMV

NEW MEXICO DEP'T OF CORRS.,
THE GEO GROUP, INC., and
CORIZON HEALTH CARE

    Defendants.

## ORDER GRANTING DEFENDANT CORIZON'S MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Defendant Corizon, LLC's Motion for Protective Order [Doc. 15], filed on June 8, 2018  Plaintiff, an incarcerated person proceeding pro se, filed his civil rights complaint in state court on April 18, 2018. [Doc. 1-1] at 1–30. The case was removed by Defendant Corizon on May 22, 2018. [Doc. 1]. Plaintiff served discovery requests on Defendant Corizon on May 25, 2018, and Corizon now moves for an order protecting it from disclosure of the requested information and materials and from further discovery. *See* [Doc. 15].

The motion will be granted, and the protective order will issue. This is a civil rights case brought by a pro se prisoner. [Doc. 1-1] at 1–30. As such, the complaint is subject to screening. *See* 28 U.S.C. § 1915A (requiring review as soon as practicable to identify any cognizable claim and to dismiss any portion of the complaint that is frivolous, malicious, fails to state a claim, and/or seeks monetary relief from a defendant who is immune). Moreover, the local rules of this district exempt this case from discovery (except by agreement of the parties or order of the Court). *See* D.N.M.LR-Civ. 16.3.

**IT IS THEREFORE ORDERED** that Defendant Corizon, LLC's Motion for Protective Order [Doc. 15] be **GRANTED**.

**IT IS FURTHER ORDERED** no discovery be compelled absent further order of the Court.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**